Roy Rievely, Appellee, v. Southern Illinois Scrap Iron and Metal Company, Appellant.

opinion filed June 1, 1943. Jacob W. Myers and Scerial Thompson, for appellant; C. A. Whiteside, for appellee; Lloyd H. Melton, of counsel. Opinion by PRESIDING JUSTICE CULBERTSON. "Not to be published in full."

W. G. Fortner, Plaintiff, v. W. Joe Hill, Circuit Judge, Defendant.

opinion filed June 1, 1943. Julius Reznik and Pyle & McCallister, for plaintiff; Conger & Elliott, for defendant. Opinion by JUSTICE BRISTOW. "Not to be published in full."